[No. 5025–4–III.   Division Three.   June 16, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROSE A. WALLACE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81–1–00349–8, Richard G. Patrick, J., entered February 5, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, C.J., and Munson, J.

[No. 5044–1–III.   Division Three.   June 16, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST JAMES PATHEAL, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81–1–00350–1, Richard G. Patrick, J., entered February 10, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, C.J., and Munson, J.

[No. 11502–2–I.   Division One.   June 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN LANCE SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00112–7, Frank J. Eberharter, J., entered February 23, 1982. *Affirmed* by unpublished per curiam opinion.